RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Antonio Trinidad Garcia-Gallo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO TRINIDAD GARCIA-GALLO,

Defendant.

Case No. 2:26-mj-000309-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING (Third Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Joanne Diamond, Assistant Federal Public Defender, counsel for ANTONIO TRINIDAD GARCIA-GALLO that the preliminary hearing currently set for November 9, 2026, at 4:00 p.m. be vacated and continued to a date and time convenient to this Court, but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons:

1. Mr. Garcia-Gallo has signed a plea agreement. His change of plea and sentencing are set for November 16, 2026, before Judge Dorsey.

2. The parties request the continuance to allow the plea and

sentencing to be completed, after which the preliminary hearing will be vacated.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the third request to continue the preliminary hearing.

DATED September 30, 2026.

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Attorney General |
| By <u>*/s/Joanne Diamond*</u><br>JOANNE L. DIAMND<br>Assistant Federal Public Defender<br>Counsel for ANTONIO GARCIA-GALLO | By <u>*/s/Clay Plummer*</u><br>CLAY A. PLUMMER<br>Assistant United States Attorney<br>Counsel for the Government |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO TRINIDAD GARCIA-GALLO,

Defendant.

Case No. 2:26-mj-000309-DJA

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for November 9, 2026, at 4:00 p.m., be vacated and continued to **December 9, 2026, at 4:00 p.m.**

DATED this 30 th day of September, 2026.

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE