RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Antonio Trinidad Garcia-Gallo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO TRINIDAD GARCIA-GALLO,

Defendant.

Case No. 2:26-mj-000309-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING (Fourth Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Joanne Diamond, Assistant Federal Public Defender, counsel for ANTONIO TRINIDAD GARCIA-GALLO that the preliminary hearing currently set for December 9, 2026, at 4:00 p.m. be vacated and continued to a date and time convenient to this Court, but no sooner than sixty (60) days.

This stipulation is entered into for the following reasons:

1. Mr. Garcia-Gallo has signed a plea agreement. His change of plea and sentencing are set for January 20, 2027, before Judge Dorsey.

2. The parties request the continuance to allow the plea and

sentencing to be completed, after which the preliminary hearing will be vacated.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the fourth request to continue the preliminary hearing.

DATED November 2, 2026.

RENE VALLADARES
Federal Public Defender

By */s/Joanne Diamond*
JOANNE L. DIAMND
Assistant Federal Public Defender
Counsel for ANTONIO GARCIA-GALLO

TODD BLANCHE
Attorney General

By */s/Clay Plummer*
CLAY A. PLUMMER
Assistant United States Attorney
Counsel for the Government

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO TRINIDAD GARCIA-GALLO,

Defendant.

Case No. 2:26-mj-000209-DJA

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for December 9, 2026, at 4:00 p.m., be vacated and continued to **March 9, 2027, at 4:00 p.m.**

DATED this 3rd day of November, 2026.

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE